**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

ERIC SMITH,                 )
                                   )
               Petitioner,   )
v.                         )     No. 1:06-cv-1352-SEB-TAB
                                   )
CRAIG HANKS,          )
                                   )
               Respondent.  )

**Entry Dismissing Motion for Relief from**
**Judgment in Conformity with Appellate Mandate**

Based on the Mandate of the Court of Appeals in No. 07-2742, the petitioner's most recent motion for relief from judgment (dkt 63)--again presenting arguments challenging the validity of his conviction for arson in an Indiana state court--is **dismissed for lack of jurisdiction.**

**IT IS SO ORDERED.**

Date:   03/24/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew A. Kobe
INDIANA STATE ATTORNEY GENERAL
Andrew.Kobe@atg.in.gov

Eric D. Smith
#112675
Westville Correctional Center
5501 South 1100 West
Westville, IN 46391